<em>FILED IN THE<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON</em>

## United States District Court
### for the
### Eastern District of Washington

**Jul 06, 2023**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | )<br>)<br>) |
| v. | )   Case No.   2:23-MJ-00253-JAG |
| **BRANDON L. SCOTT** | )<br>)<br>) |

## CRIMINAL COMPLAINT

I, Briant Jacobs, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about July 5, 2023, in the county of Spokane in the Eastern District of Washington, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1038 | False Information and Hoaxes |

This complaint is based on these facts:

☒ Continued on the attached sheet.

See Affidavit of Special Agent Briant Jacobs.

_____
*Complainant's signature*
Briant Jacobs, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed electronically in my presence.

Date:   July 6, 2023

_____
*Judge's signature*
James A. Goeke, United States Magistrate Judge
*Printed name and title*

City and state:   Spokane, Washington