FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2023

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** Brandon L. Scott         **CASE NO.** 2:23-MJ-00253-JAG

TOTAL # OF COUNTS: 1    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1038 | False Information and Hoaxes | CAG not more than 5 years; a fine not to exceed $250,000; not more than 3 years of supervised release; and a $100 special penalty assessment |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |